No. 788. QUINTANA v. COLORADO. Sup. Ct. Colo. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE BLACK are of the opinion that certiorari should be granted. *Edward S. Barlock* for petitioner. *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John E. Bush,* Assistant Attorney General, for respondent.

No. 70, Misc. COOR v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 85, Misc. SELZ v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, and *Edsel W. Haws* and *Raymond M. Momboisse,* Deputy Attorneys General, for respondent.

No. 274, Misc. JOHNSON v. MARYLAND. Ct. App. Md. Certiorari denied. *Charles P. Howard, Jr.,* for petitioner.

No. 311, Misc. GROSSI v. HEINZE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, and *Doris H. Maier,* Assistant Attorney General, for respondents.

No. 348, Misc. NUOLE v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jack K. Weber,* Deputy Attorney General, for respondent.